UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 23-16790 |
| Anil Chugh | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDERING EXTENDING DEADLINE TO FILE COMPLAINT OBJECTING
TO DISCHARGE AND/OR DISCHARGEABILITY OF DEBT**

This matter coming to be heard on the motion of Zafar Sheikh (the "Creditor") to extend the deadline to file a complaint objecting to discharge and/or dischargeability of debt, the Court being fully advised,

IT IS HEREBY ORDERED THAT:

(1) The deadline for the Creditor to file a complaint objecting to discharge under 11 U.S.C. § 727 is extended to and including July 15, 2024.

(2) The deadline for the Creditor to file a complaint objecting to dischargeability of debt under 11 U.S.C. § 523 is extended to and including July 15, 2024.

Enter:

Janet S. Baer

Honorable Janet S. Baer

United States Bankruptcy Judge

Dated: May 14, 2024