# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 23-16790 |
| | ) | |
| Anil Chugh, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |

## SCHEDULING ORDER

This matter coming before the Court on Creditor Zafar Sheikh's Amended Motion for Sanctions Against the Debtor and His Counsel for Filing False Pleadings (Docket No. 57),

IT IS HEREBY ORDERED THAT:

1. The Debtor's response is due to be filed on or before July 16, 2024.
2. Creditor Zafar Sheikh's reply is due to be filed on or before August 6, 2024.
3. This matter is set for status on August 20, 2024 at 10:00 A.M. via Zoom for Government.

DATED: July 2, 2024

ENTER:

_____
Honorable Janet S. Baer
United States Bankruptcy Judge